UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:  
WILLIAM KERRY WHITE

Case No.: 15-15171 SDR  
Chapter 13

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
  Creditor Name:            **US BANK TRUST NATIONAL ASSOCIATION**

  Court Claim Number: **006**        UCI: WFCMGE1515171TNE72754092

  Last Four of Account Id Number:    5192

  Property Address, if available:    2415 SUNSET STRIP

**Part 2: CURE AMOUNT**
  a. Allowed prepetition arrearage:                                        $4260.20
  b. Prepetition arrearage paid by the Trustee:                            $4260.20
  c. Amount of postpetition fees, expenses and charges
       recoverable under FRBP 3002.1(c):                                   $0.00
  d. Amount of postpetition fees, expenses and charges
       recoverable under FRBP 3002.1(c) paid by the Trustee:               $0.00
  Total Disbursements by Trustee:                                          $72,118.21

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $1,105.16

Next post-petition payment due: JANUARY 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: JANUARY 19, 2021

Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

MARK T YOUNG & ASSOCIATES - ECF
US Trustee – ECF
Bankruptcy Court – ECF
WILSON & ASSOC PLLC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   WILLIAM KERRY WHITE, 2415 SUNSET STRIP, , HIXSON, TN    37343
Creditor:   US BANK TRUST NATIONAL ASSOCIATION, %SN SERVICING CORPORATION, 323 5TH STREET, EUREKA, CA 95501-
Creditor Noticing Address:

s/ Kara L. West w/permission by DCS (45)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

Case: **15-15171**    **WILLIAM KERRY WHITE**

**US BANK TRUST NATIONAL ASSOCIATION**
%SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA  95501-

Sequence: 24
Modify:
Filed Date: 3/15/2016 12:00:00AM
Hold Code:

Acct No: 5192/2415 SUNSET STRIP

2415 SUNSET STRIP/BEG 12/2015 PER CONF PLAN

|  | Debt: | $67,858.01 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: ########### | | | Accrued Int: | $0.00 |
| Amt Due: $1,105.16 | Paid: | $67,858.01 | Balance Due: | $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0060    US BANK TRUST NATIONAL ASSOCIATION** | | | | | | | |
| US BANK TRUST NATIONAL ASSOCI. | | 12/31/2020 | 2092466 | $1,105.16 | $0.00 | $1,105.16 | |
| US BANK TRUST NATIONAL ASSOCI. | | 11/30/2020 | 2088672 | $1,105.16 | $0.00 | $1,105.16 | 12/31/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 10/31/2020 | 2084878 | $1,243.49 | $0.00 | $1,243.49 | 11/30/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 09/30/2020 | 2080998 | $1,243.49 | $0.00 | $1,243.49 | 11/02/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 08/31/2020 | 2077038 | $1,243.49 | $0.00 | $1,243.49 | 09/29/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 07/31/2020 | 2073056 | $1,243.49 | $0.00 | $1,243.49 | 09/02/2020 |
| US BANK TRUST NATIONAL ASSOCI. | | 06/30/2020 | 2069055 | $1,243.49 | $0.00 | $1,243.49 | 07/30/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 05/31/2020 | 2066878 | $1,243.49 | $0.00 | $1,243.49 | 06/25/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 04/30/2020 | 2062864 | $1,180.30 | $0.00 | $1,180.30 | 06/22/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 03/31/2020 | 2059116 | $1,467.95 | $0.00 | $1,467.95 | 04/21/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 02/29/2020 | 2055004 | $892.65 | $0.00 | $892.65 | 03/19/2020 |
| SHELLPOINT MORTGAGE SERVICING | V | 02/13/2020 | 2050986 | ($2,604.14) | $0.00 | ($2,604.14) | 02/13/2020 |
| SHELLPOINT MORTGAGE SERVICING | M | 02/13/2020 | 2051404 | $2,604.14 | $0.00 | $2,604.14 | 02/20/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 01/31/2020 | 2050986 | $2,604.14 | $0.00 | $2,604.14 | 02/13/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 11/30/2019 | 2042933 | $936.76 | $0.00 | $936.76 | 01/06/2020 |
| SHELLPOINT MORTGAGE SERVICING | | 10/31/2019 | 2039041 | $1,180.30 | $0.00 | $1,180.30 | 11/21/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 09/30/2019 | 2034941 | $1,180.30 | $0.00 | $1,180.30 | 10/24/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 08/31/2019 | 2030938 | $1,180.30 | $0.00 | $1,180.30 | 09/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 07/31/2019 | 2026751 | $1,180.30 | $0.00 | $1,180.30 | 08/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 06/30/2019 | 2022562 | $1,180.30 | $0.00 | $1,180.30 | 07/23/2019 |
| SHELLPOINT MORTGAGE SERVICING | V | 06/13/2019 | 2018400 | ($1,180.30) | $0.00 | ($1,180.30) | 06/13/2019 |
| SHELLPOINT MORTGAGE SERVICING | M | 06/13/2019 | 2018938 | $1,180.30 | $0.00 | $1,180.30 | 06/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 05/31/2019 | 2018400 | $1,180.30 | $0.00 | $1,180.30 | 06/13/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 04/30/2019 | 2013966 | $1,076.60 | $0.00 | $1,076.60 | 05/17/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 03/31/2019 | 2009571 | $1,076.60 | $0.00 | $1,076.60 | 04/24/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 02/28/2019 | 2005418 | $1,076.60 | $0.00 | $1,076.60 | 03/28/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 01/31/2019 | 2001276 | $1,076.60 | $0.00 | $1,076.60 | 02/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 12/31/2018 | 1997227 | $1,076.60 | $0.00 | $1,076.60 | 01/18/2019 |
| SHELLPOINT MORTGAGE SERVICING | V | 12/13/2018 | 1993156 | ($2,577.39) | $0.00 | ($2,577.39) | 12/13/2018 |
| SHELLPOINT MORTGAGE SERVICING | M | 12/13/2018 | 1993681 | $2,577.39 | $0.00 | $2,577.39 | 12/19/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 11/30/2018 | 1993156 | $2,577.39 | $0.00 | $2,577.39 | 12/13/2018 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | V | 11/14/2018 | 1989539 | ($1,258.60) | $0.00 | ($1,258.60) | 11/14/2018 |
| WELLS FARGO BANK NA |   | 10/31/2018 | 1989539 | $1,258.60 | $0.00 | $1,258.60 | 11/14/2018 |
| WELLS FARGO BANK NA |   | 09/30/2018 | 1981070 | $652.41 | $0.00 | $652.41 | 10/23/2018 |
| WELLS FARGO BANK NA |   | 08/31/2018 | 1976974 | $1,500.79 | $0.00 | $1,500.79 | 09/19/2018 |
| WELLS FARGO BANK NA |   | 07/31/2018 | 1972608 | $652.41 | $0.00 | $652.41 | 08/23/2018 |
| WELLS FARGO BANK NA |   | 06/30/2018 | 1968275 | $1,076.60 | $0.00 | $1,076.60 | 07/24/2018 |
| WELLS FARGO BANK NA |   | 04/30/2018 | 1959482 | $1,035.38 | $0.00 | $1,035.38 | 05/24/2018 |
| WELLS FARGO BANK NA |   | 03/31/2018 | 1954839 | $1,038.76 | $0.00 | $1,038.76 | 04/24/2018 |
| WELLS FARGO BANK NA |   | 02/28/2018 | 1950085 | $1,038.76 | $0.00 | $1,038.76 | 03/27/2018 |
| WELLS FARGO BANK NA |   | 01/31/2018 | 1945707 | $1,107.72 | $0.00 | $1,107.72 | 02/23/2018 |
| WELLS FARGO BANK NA |   | 12/31/2017 | 1941069 | $1,160.37 | $0.00 | $1,160.37 | 01/29/2018 |
| WELLS FARGO BANK NA |   | 11/30/2017 | 1936578 | $848.19 | $0.00 | $848.19 | 12/21/2017 |
| WELLS FARGO BANK NA |   | 10/31/2017 | 1932028 | $1,038.76 | $0.00 | $1,038.76 | 11/29/2017 |
| WELLS FARGO BANK NA |   | 09/30/2017 | 1927399 | $1,038.76 | $0.00 | $1,038.76 | 10/23/2017 |
| WELLS FARGO BANK NA |   | 08/31/2017 | 1922755 | $1,038.76 | $0.00 | $1,038.76 | 09/22/2017 |
| WELLS FARGO BANK NA |   | 07/31/2017 | 1918043 | $1,038.76 | $0.00 | $1,038.76 | 08/31/2017 |
| WELLS FARGO BANK NA |   | 06/30/2017 | 1913357 | $1,877.22 | $0.00 | $1,877.22 | 08/02/2017 |
| WELLS FARGO BANK NA |   | 05/31/2017 | 1908605 | $597.45 | $0.00 | $597.45 | 06/22/2017 |
| WELLS FARGO BANK NA |   | 04/30/2017 | 1903652 | $648.37 | $0.00 | $648.37 | 05/23/2017 |
| WELLS FARGO BANK NA |   | 03/31/2017 | 1898899 | $1,042.14 | $0.00 | $1,042.14 | 05/03/2017 |
| WELLS FARGO BANK NA |   | 02/28/2017 | 1893891 | $1,435.91 | $0.00 | $1,435.91 | 03/22/2017 |
| WELLS FARGO BANK NA | V | 02/14/2017 | 1889285 | ($648.37) | $0.00 | ($648.37) | 02/14/2017 |
| WELLS FARGO BANK NA | M | 02/14/2017 | 1889412 | $648.37 | $0.00 | $648.37 | 02/24/2017 |
| WELLS FARGO BANK NA |   | 01/31/2017 | 1889285 | $648.37 | $0.00 | $648.37 | 02/14/2017 |
| WELLS FARGO BANK NA |   | 12/31/2016 | 1884535 | $2,244.28 | $0.00 | $2,244.28 | 01/19/2017 |
| WELLS FARGO BANK NA |   | 11/30/2016 | 1879890 | $1,293.06 | $0.00 | $1,293.06 | 12/22/2016 |
| WELLS FARGO BANK NA |   | 10/31/2016 | 1875155 | $646.53 | $0.00 | $646.53 | 11/22/2016 |
| WELLS FARGO BANK NA | V | 10/16/2016 | 1870304 | ($1,033.00) | $0.00 | ($1,033.00) | 10/16/2016 |
| WELLS FARGO BANK NA | M | 10/16/2016 | 1870450 | $1,033.00 | $0.00 | $1,033.00 | 10/26/2016 |
| WELLS FARGO BANK NA |   | 09/30/2016 | 1870304 | $1,033.00 | $0.00 | $1,033.00 | 10/16/2016 |
| WELLS FARGO BANK NA | M | 09/14/2016 | 1865596 | $1,854.00 | $0.00 | $1,854.00 | 09/22/2016 |
| WELLS FARGO BANK NA | V | 09/14/2016 | 1865495 | ($1,854.00) | $0.00 | ($1,854.00) | 09/14/2016 |
| WELLS FARGO BANK NA |   | 08/31/2016 | 1865495 | $1,854.00 | $0.00 | $1,854.00 | 09/14/2016 |
| WELLS FARGO BANK NA | M | 08/12/2016 | 1860610 | $1,245.00 | $0.00 | $1,245.00 | 08/24/2016 |
| WELLS FARGO BANK NA | V | 08/12/2016 | 1860605 | ($1,245.00) | $0.00 | ($1,245.00) | 08/12/2016 |
| WELLS FARGO BANK NA | V | 08/11/2016 | 1860513 | ($1,245.00) | $0.00 | ($1,245.00) | 08/11/2016 |
| WELLS FARGO BANK NA | M | 08/11/2016 | 1860605 | $1,245.00 | $0.00 | $1,245.00 | 08/12/2016 |
| WELLS FARGO BANK NA |   | 07/31/2016 | 1860513 | $1,245.00 | $0.00 | $1,245.00 | 08/11/2016 |
| WELLS FARGO BANK NA |   | 06/30/2016 | 1855683 | $1,229.61 | $0.00 | $1,229.61 | 07/22/2016 |
| WELLS FARGO BANK NA |   | 05/31/2016 | 1850709 | $1,346.83 | $0.00 | $1,346.83 | 06/22/2016 |
| WELLS FARGO BANK NA |   | 04/30/2016 | 1845609 | $1,277.76 | $0.00 | $1,277.76 | 05/24/2016 |
| WELLS FARGO BANK NA |   | 03/31/2016 | 1840557 | $3,376.80 | $0.00 | $3,376.80 | 04/19/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| | | | Sub-totals: | $67,858.01 | $0.00 | $67,858.01 | |
| **0061** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | |
| SHELLPOINT MORTGAGE SERVICING | | 01/31/2019 | 2001276 | $80.20 | $0.00 | $80.20 | 02/20/2019 |
| SHELLPOINT MORTGAGE SERVICING | | 12/31/2018 | 1997227 | $110.00 | $0.00 | $110.00 | 01/18/2019 |
| SHELLPOINT MORTGAGE SERVICING | V | 12/13/2018 | 1993156 | ($263.34) | $0.00 | ($263.34) | 12/13/2018 |
| SHELLPOINT MORTGAGE SERVICING | M | 12/13/2018 | 1993681 | $263.34 | $0.00 | $263.34 | 12/19/2018 |
| SHELLPOINT MORTGAGE SERVICING | | 11/30/2018 | 1993156 | $263.34 | $0.00 | $263.34 | 12/13/2018 |
| WELLS FARGO BANK NA | V | 11/14/2018 | 1989539 | ($143.59) | $0.00 | ($143.59) | 11/14/2018 |
| WELLS FARGO BANK NA | | 10/31/2018 | 1989539 | $143.59 | $0.00 | $143.59 | 11/14/2018 |
| WELLS FARGO BANK NA | | 09/30/2018 | 1981070 | $66.66 | $0.00 | $66.66 | 10/23/2018 |
| WELLS FARGO BANK NA | | 08/31/2018 | 1976974 | $153.34 | $0.00 | $153.34 | 09/19/2018 |
| WELLS FARGO BANK NA | | 07/31/2018 | 1972608 | $66.66 | $0.00 | $66.66 | 08/23/2018 |
| WELLS FARGO BANK NA | | 06/30/2018 | 1968275 | $110.00 | $0.00 | $110.00 | 07/24/2018 |
| WELLS FARGO BANK NA | | 05/31/2018 | 1963955 | $110.00 | $0.00 | $110.00 | 06/21/2018 |
| WELLS FARGO BANK NA | | 04/30/2018 | 1959482 | $110.00 | $0.00 | $110.00 | 05/24/2018 |
| WELLS FARGO BANK NA | | 03/31/2018 | 1954839 | $110.00 | $0.00 | $110.00 | 04/24/2018 |
| WELLS FARGO BANK NA | | 02/28/2018 | 1950085 | $110.00 | $0.00 | $110.00 | 03/27/2018 |
| WELLS FARGO BANK NA | | 01/31/2018 | 1945707 | $117.30 | $0.00 | $117.30 | 02/23/2018 |
| WELLS FARGO BANK NA | | 12/31/2017 | 1941069 | $122.88 | $0.00 | $122.88 | 01/29/2018 |
| WELLS FARGO BANK NA | | 11/30/2017 | 1936578 | $89.82 | $0.00 | $89.82 | 12/21/2017 |
| WELLS FARGO BANK NA | | 10/31/2017 | 1932028 | $110.00 | $0.00 | $110.00 | 11/29/2017 |
| WELLS FARGO BANK NA | | 09/30/2017 | 1927399 | $110.00 | $0.00 | $110.00 | 10/23/2017 |
| WELLS FARGO BANK NA | | 08/31/2017 | 1922755 | $110.00 | $0.00 | $110.00 | 09/22/2017 |
| WELLS FARGO BANK NA | | 07/31/2017 | 1918043 | $110.00 | $0.00 | $110.00 | 08/31/2017 |
| WELLS FARGO BANK NA | | 06/30/2017 | 1913357 | $198.50 | $0.00 | $198.50 | 08/02/2017 |
| WELLS FARGO BANK NA | | 05/31/2017 | 1908605 | $63.06 | $0.00 | $63.06 | 06/22/2017 |
| WELLS FARGO BANK NA | | 04/30/2017 | 1903652 | $68.44 | $0.00 | $68.44 | 05/23/2017 |
| WELLS FARGO BANK NA | | 03/31/2017 | 1898899 | $110.00 | $0.00 | $110.00 | 05/03/2017 |
| WELLS FARGO BANK NA | | 02/28/2017 | 1893891 | $151.56 | $0.00 | $151.56 | 03/22/2017 |
| WELLS FARGO BANK NA | M | 02/14/2017 | 1889412 | $68.44 | $0.00 | $68.44 | 02/24/2017 |
| WELLS FARGO BANK NA | V | 02/14/2017 | 1889285 | ($68.44) | $0.00 | ($68.44) | 02/14/2017 |
| WELLS FARGO BANK NA | | 01/31/2017 | 1889285 | $68.44 | $0.00 | $68.44 | 02/14/2017 |
| WELLS FARGO BANK NA | | 12/31/2016 | 1884535 | $123.46 | $0.00 | $123.46 | 01/19/2017 |
| WELLS FARGO BANK NA | | 11/30/2016 | 1879890 | $137.69 | $0.00 | $137.69 | 12/22/2016 |
| WELLS FARGO BANK NA | | 10/31/2016 | 1875155 | $68.85 | $0.00 | $68.85 | 11/22/2016 |
| WELLS FARGO BANK NA | M | 10/16/2016 | 1870450 | $110.00 | $0.00 | $110.00 | 10/26/2016 |
| WELLS FARGO BANK NA | V | 10/16/2016 | 1870304 | ($110.00) | $0.00 | ($110.00) | 10/16/2016 |
| WELLS FARGO BANK NA | | 09/30/2016 | 1870304 | $110.00 | $0.00 | $110.00 | 10/16/2016 |
| WELLS FARGO BANK NA | M | 09/14/2016 | 1865596 | $809.40 | $0.00 | $809.40 | 09/22/2016 |
| WELLS FARGO BANK NA | V | 09/14/2016 | 1865495 | ($809.40) | $0.00 | ($809.40) | 09/14/2016 |
| WELLS FARGO BANK NA | | 08/31/2016 | 1865495 | $809.40 | $0.00 | $809.40 | 09/14/2016 |
| WELLS FARGO BANK NA | V | 08/12/2016 | 1860605 | ($290.60) | $0.00 | ($290.60) | 08/12/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | M | 08/12/2016 | 1860610 | $290.60 | $0.00 | $290.60 | 08/24/2016 |
| WELLS FARGO BANK NA | V | 08/11/2016 | 1860513 | ($290.60) | $0.00 | ($290.60) | 08/11/2016 |
| WELLS FARGO BANK NA | M | 08/11/2016 | 1860605 | $290.60 | $0.00 | $290.60 | 08/12/2016 |
| WELLS FARGO BANK NA |   | 07/31/2016 | 1860513 | $290.60 | $0.00 | $290.60 | 08/11/2016 |

Sub-totals: $4,260.20   $0.00   $4,260.20

**Grand Total:** $72,118.21   $0.00